IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Janice McMullen Jones

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

See attached

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**Complaint for a Civil Case**

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial  ☒ Yes  ☒ No
(check one)

B. THE DEFENDANTS

Defendant No. 1
Diana Cherry
Pastor
From the Heart Church Ministry
4949 Allentown Road
Suitland, MD  20746
Prince George County
(301) 899-9411

Defendant No. 2
John Hagee
Pastor
Cornerstone Church
239 N. Loop 1604 W
San Antonio, TX  78232
Bexar County
(210) 494-3900

Defendant No. 3
Joel Osteen
Pastor
Lakewood Church
3700 Southwest Fwy.
Houston, TX  77027
Harris County
(713) 635-4154

Defendant No. 4
Noel Jones
Bishop
Noel Jones Ministries
14527 S. San Pedro Street
Gardenia, CA  90248
Los Angeles County
(310) 516-1433

Defendant No.5
Jimmy Swaggart
Pastor
Family Worship Center
8919 World Ministry Avenue, Ste B
Baton Rouge, LA 70810
Jimmy Swaggart County
(225) 768-8300

Defendant No. 6
Paul Morton
Bishop
Greater St Stephen Ministry
3350 Greenbriar Parkway SW
Atlanta, GA 30331
Fulton County
(404) 284-8865

Defendant No. 7
Jentzen Franklin
Pastor
Free Chapel
3001 McEver Road
Gainesville, GA 30504
Hall County
(678) 677-8300

Defendant No. 8
Greg Laurie
Pastor
Harvest Christian Fellowship
6115 Arlington Ave.
Riverside, CA 92504
Orange County
(949) 407-6770

Defendant No. 9
Claude Alexander, Jr
Bishop
The Park Church
6029 Beatties Ford Road
Charlotte, NC 28216
Mecklenburg County
(704) 392-1681

Defendant No. 10
Robert Morris
Pastor
Gateway Church
700 Blessed Way
Southlake, TX 76092
Tarrant County
(817) 552-5800

Defendant No. 11
Brian Houston
Pastor
Hillsong Church
1-5 Solent Circuit Baulkham Hills
New South Wales 2153
Wallace County
02 8853 5353

Defendant No. 12
Wayne Corderio
Pastor
New Hope Christian Fellowship Ministry
290 Sand Island Access Road
Honolulu, HI 96819
Hawaii County
(808) 885-5510

Defendant No. 13
Rick Joyner
Prophet
Morningstar Ministries
375 Starlight Drive
Fort Mill, SC 29715
York County
(800) 542-0278

Defendant No. 14
John Gray
Pastor
Relentless Church
635 Haywood Road
Greenville, SC 29607
Greenville County
(864) 281-1520

Defendant No. 15
Ron Carpenter
Pastor
Redemption Church
695 W. 19th Street
Costa Mesa, CA 92626
Orange County
(949) 607-8095

Defendant No. 16
T D Jakes
Bishop
The Potter's Touch
6777 Kist Blvd.
Dallas, TX 75236
Dallas County
(214) 331-0954

Defendant No. 17
Kenneth Hagin
RHEMA Bible Church
1025 W. Kenosha St.
Broken Arrow, OK  74012
Tulsa County
(918) 258-1588

Defendant No. 18
James Mc Donald
Harvest Bible Chapel
800 Rohlwing Rd.
Rolling Meadows, IL  60008
Cook County
(847) 398-7005

Defendant No. 19
Pastors Creflo and Taffi Dollar
World Changers Ministry International
2500 Burdett Rd
College Park, GA  30349
Fulton County
(770) 210-5700

Defendant No. 20
Debra Morton
Greater St Stephen Full Gospel
5600 Read Blvd
New Orleans, 70127
Orleans County
(504) 244-6800

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Janice McMullen Jones
Street Address: 977 Kingsbridge DR
City and County: Rock Hill, YORK
State and Zip Code: SC 29730
Telephone Number: 803-328-8120

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: See attached
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:

Defendant No. 2
Name: See attached
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:

Defendant No. 3
Name: See attached

2

|   |   |
|---|---|
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 4

|   |   |
|---|---|
| Name | See attached |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Filing against Defendants #13+

#14

Defendant #13 - discrimination/race, sex, age

Defendant #14 - Discrimination/race, sex, age

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a.  If the plaintiff is an individual
        The plaintiff, *(name)* Janice McMullen Jones is a citizen of the State of *(name)* SC.

    b.  If the plaintiff is a corporation
        The plaintiff, *(name)* ~~attached~~, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a.  If the defendant is an individual
        The defendant, *(name)* See attached 1-20, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.  If the defendant is a corporation
        The defendant, *(name)* ~~Listing Defendants 1-20~~ incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

B. THE DEFENDANTS

Defendant No. 1
Diana Cherry
Pastor
From the Heart Church Ministry
4949 Allentown Road
Suitland, MD  20746
Prince George County
(301) 899-9411

Defendant No. 2
John Hagee
Pastor
Cornerstone Church
239 N. Loop 1604 W
San Antonio, TX  78232
Bexar County
(210) 494-3900

Defendant No. 3
Joel Osteen
Pastor
Lakewood Church
3700 Southwest Fwy.
Houston, TX  77027
Harris County
(713) 635-4154

Defendant No. 4
Noel Jones
Bishop
Noel Jones Ministries
14527 S. San Pedro Street
Gardenia, CA  90248
Los Angeles County    phone: 310-516-1433

Defendant No.5
Jimmy Swaggart
Pastor
Family Worship Center
8919 World Ministry Avenue, Ste B
Baton Rouge, LA  70810
Jimmy Swaggart County
(225) 768-8300

Defendant No. 6
Paul Morton
Bishop
Greater St Stephen Ministry
3350 Greenbriar Parkway SW
Atlanta, GA 30331
Fulton County
(404) 284-8865

Defendant No. 7
Jentzen Franklin
Pastor
Free Chapel
3001 McEver Road
Gainesville, GA  30504
Hall County
(678) 677-8300

Defendant No. 8
Greg Laurie
Pastor
Harvest Christian Fellowship
6115 Arlington Ave.
Riverside, CA  92504
Orange County
(949) 407-6770

Defendant No. 9
Claude Alexander, Jr
Bishop
The Park Church
6029 Beatties Ford Road
Charlotte, NC  28216
Mecklenburg County
(704) 392-1681

Defendant No. 10
Robert Morris
Pastor
Gateway Church
700 Blessed Way
Southlake, TX 76092
Tarrant County
(817) 552-5800

Defendant No. 11
Brian Houston
Pastor
Hillsong Church
1-5 Solent Circuit Baulkham Hills
New South Wales 2153
Wallace County
02 8853 5353

Defendant No. 12
Wayne Corderio
Pastor
New Hope Christian Fellowship Ministry
290 Sand Island Access Road
Honolulu, HI  96819
Hawaii County
(808) 885-5510

Defendant No. 13
Rick Joyner
Prophet
Morningstar Ministries
375 Starlight Drive
Fort Mill, SC  29715
York County
(800) 542-0278

Defendant No. 14
John Gray
Pastor
Relentless Church
635 Haywood Road
Greenville, SC  29607
Greenville County
(864) 281-1520

Defendant No. 15
Ron Carpenter
Pastor
Redemption Church
695 W. 19th Street
Costa Mesa, CA  92626
Orange County
(949) 607-8095

Defendant No. 16
T D Jakes
Bishop
The Potter's Touch
6777 Kist Blvd.
Dallas, TX  75236
Dallas County
(214) 331-0954

Defendant No. 17
Kenneth Hagin
RHEMA Bible Church
1025 W. Kenosha St.
Broken Arrow, OK 74012
Tulsa County
(918) 258-1588

Defendant No. 18
James Mc Donald
Harvest Bible Chapel
800 Rohlwing Rd.
Rolling Meadows, IL 60008
Cook County
(847) 398-7005

Defendant No. 19
Pastors Creflo and Taffi Dollar
World Changers Ministry International
2500 Burdett Rd
College Park, GA 30349
Fulton County
(770) 210-5700

Defendant No. 20
Deborah Morton
Greater St Stephen Full Gospel
5600 Read Blvd
New Orleans, 70127
(504) 244-6800

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendant 1-20
_____
_____
_____

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Depending
_____
_____
_____

5

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20__.

Signature of Plaintiff _____
Printed Name of Plaintiff _____

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
E-mail Address _____

6