# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Janice McMullen Jones,<br>    *Plaintiff(s)*,<br>    v.<br><br>Pastor Diana Cherry, *From the Heart Church Ministry*; Pastor John Hagee, *Cornerstone Church*; Pastor Joel Osteen, *Lakewood Church*; Bishop Noel Jones, *Noel Jones Ministries*; Pastor Jimmy Swaggart, *Family Worship Center*; Bishop Paul Morton, *Greater St Stephen Ministry*; Pastor Jentzen Franklin, *Free Chapel*; Pastor Greg Laurie, *Harvest Christian Fellowship*; Bishop Claude Alexander Jr, *The Park Church*; Pastor Robert Morris, *Gateway Church*; Pastor Brian Houston, *Hillsong Church*; Pastor Wayne Corderio, *New Hope Christian Fellowship Ministry*; Prophet Rick Joyner, *Morningstar Ministries*; Pastor John Gray, *Relentless Church*; Pastor Ron Carpenter, *Redemption Church*; Bishop T D Jakes, *The Potter's Touch*; Kenneth Hagin, *RHEMA Bible Church*; James Mc Donald, *Harvest Bible Chapel*; Pastor Creflo Dollar, *World Changers Ministry International*; Pastor Taffi Dollar, *World Changers Ministry International*, Debra Morton, *Greater St. Stephen Full Gospel*,<br>    *Defendant(s).* | Civil Action No. 0:20-3489-JFA-PJG |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

■ **IT IS ORDERED AND ADJUDGED** that the plaintiff, Janice McMullen Jones, take nothing and this case is dismissed without prejudice and without issuance and service of process.

This action was:

■ Decision by the Honorable Joseph F. Anderson, Jr., United States District Judge, presiding adopting the Report and Recommendations set forth by the Honorable Paige J. Gossett, United States District Magistrate Judge recommends the complaint be summarily dismissed without prejudice and without issuance and service of process.

Date: December 14, 2020

*ROBIN L. BLUME, CLERK OF COURT*
s/Mary L. Floyd

_____
*Signature of Clerk or Deputy Clerk*